UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| RICHARD MICHAEL HEYL, and ) | Case No. 09-48593-705 |
| JENNIFER ANN HEYL, ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | |
| STEVEN CONWAY, and ) | **Adversary No. 10-4384-659** |
| LORCON, LLC #1, ) | |
| ) | **PUBLISHED** |
| Plaintiffs, ) | |
| ) | |
| -v- ) | |
| ) | |
| RICHARD MICHAEL HEYL, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The matter before the Court is Creditors Steve Conway and Lorcon LLC #1's Complaint for Determination Excepting Debt from Dischargeability - Transaction Induced by Fraud [11 U.S.C.A. § 523(a)(2)(A); Fed. R. Bankr. P. 4007]. Consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Plaintiffs' Complaint is **DENIED** and judgment is entered in favor of Defendant Richard Michael Heyl and against Plaintiffs Steve Conway and LorCon LLC #1 in that the debt owed to Plaintiffs by Defendant is dischargeable in this Bankruptcy case; and this is the final judgment and Order of this Bankruptcy Court in this case.

/s/ Kathy A. Surratt-States
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: February 13, 2012
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Richard Michael Heyl
1012 N. Taylor Avenue
Kirkwood, MO 63122

Richard J. Magee
Eckenrode-Maupin, Attorneys at Law
8000 Maryland Avenue, Suite 1300
St. Louis, MO 63105

Spencer P. Desai
Desai Eggmann Mason LLC
Pierre Laclede Center
7733 Forsyth Boulevard, Suite 2075
St. Louis, MO 63105

Thomas H. Riske
Desai Eggmann Mason LLC
7733 Forsyth Blvd., Suite 2075
Clayton, MO 63105